LF 9011 (5/04)

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

IN RE:                                        NO: 20-01069

JENKS, Larry D.                               STATEMENT OF WITNESS
                                              TO SIGNING OF DOCUMENT

            Debtors

The undersigned states under penalty of perjury that he/she witnessed the signing of the following document(s) by the person(s) indicated thereon.

X   Voluntary Petition

X   Declaration concerning Debtor's Schedules

X   Statement of Affairs

X   Chapter 7 Individual Debtor's Statement of Intentions

X   Notice to Individual Consumer Debtor Under Section 342(b) of Bankruptcy Code

X   Statement of Current Monthly Income & Means Test Calculation

X   Statement of Social Security Number(s)

X   Exhibit D- Individual Debtor's Statement of Compliance with Credit Counseling Requirement

X   Certificate of Income

DATED: 5-20-20

/s/ **Christopher Culpepper**
Witness name and address:
Christopher Culpepper
3908 Creekside Loop, Suite 125
Yakima, WA 98902