UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re: )
)
)
JENKS, Larry D. ) NO. 20-01069-WLH7
)
) AMENDMENT TO SCHEDULE F
Debtor. )

    COMES NOW the above named debtor, by and through VanNoy Culpepper attorney of record, and hereby amends Schedule F as to add the following unsecured creditors:

Big Horn Co-Op Marketing Association
PO BOX 591
Greybull, WY 82426-0591

DATED: 7/16/20

                                                  */s/ VanNoy Culpepper*
                                                  VanNoy Culpepper, #11565
                                                  Attorney for Debtor(s)

*Amendment to Schedule F*                                                                            VanNoy Culpepper
                                                                                                              3908 Creekside Loop
                                                                                                               Yakima, WA 98902
                                                                                                                509-457-2490

20-01069-WLH7    Doc 15    Filed 07/16/20    Entered 07/16/20 09:46:56    Pg 1 of 2

I, _LARRY JUNKZ_, being a debtor herein, under penalty of perjury of the laws of the State of Washington, hereby state that the foregoing Amendment to Schedule F is true and correct to the best of my knowledge and belief.

DATED: 7-16-20

/s/ [signature]